Related DDJ

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

SIMMONS, GABRIEL S
FULL NAME

LOS ANGELES, COUNTY JAIL
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
CSP SACRAMENTO
P/O BOX-290001

PRISON NUMBER (if applicable)
BZ-7840

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SIMMONS, GABRIELS, PLAINTIFF,

v.

LOS ANGELES, COUNTY JAIL, DEFENDANT(S).

CASE NUMBER: CV 25-08665-SRM(MAR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No
2. If your answer to "1." is yes, how many? Two

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) I was actted by Inmate Lowe (A) was I using the phone control Both officer Alvis open Fire shooting me with the block gun in my Leg the Lawsuits was on SVSP,

(B) CO Ms. C knowing put a Inmate who was covid positive in my cell and cought covid But Later was drop

a. Parties to this previous lawsuit:
Plaintiff W. AVES

Defendants GABRIEL D. SIMMONS

b. Court

c. Docket or case number I DON'T REMEMBER CASE DOCKET NUMBER.

d. Name of judge to whom case was assigned CAN'T RECALL

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) MY CASE WAS DISMISS.

f. Issues raised:

g. Approximate date of filing lawsuit: YEAR OF 2022.

h. Approximate date of disposition YEAR OF 2023.

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not BECAUSE OF MY MENTAL HEALTH STATE. WAS BOTHER ME AT THE TIME I DIDN'T FILL OUT A GRIEVANCE BUT I DID WITH THE INSTRUCTOR GOUNDS.

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not NO GRIEVEST BECAUSE, I CAUGHT THE CHAIN TO STATE PRISON.

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff GABRIE, SIMMONS.
(print plaintiff's name)

who presently resides at CSP SACRAMENTO P/O BOX - 290001 REPRESSA CALIFORNIA. 95671
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at LOS ANGELES, COUNTY JAIL.
(institution/city where violation occurred)

on (date or dates) JAN (Claim I), FEB (Claim II), MARCH (Claim III).

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant LASD (full name of first defendant) resides or works at

(full address of first defendant)

LASD POLICE OFFICER MCJ-3100 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

(A) The office Action like A crimal Street gang Allso failed to Follow the oath that they promiss to follow they Refuse me Medical attion.

2. Defendant (full name of first defendant) resides or works at

(full address of first defendant)

POLICE OFFICER AT TWINS TOWERS. (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

(B) THE OFFICE ACTION LIKE A CRIMALL STREET GANG. ALSO FAILS TO FOLLOW THE OATH THAT THEY PROMISE TO FOLLOW. DIDN'T FOLLOW BECAUSE OF MENTAL HEALTH.

3. Defendant (full name of first defendant) resides or works at

(full address of first defendant)

POLICE OFFICER AT TWIN'S TOWERS. (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

(C) THE OFFICERS WAS ACTION LIKE A CRIMINALIZED GANG THE ALSO FAILED TO FOLLOW THE OATH THEY PROMISE TO FOLLOW & PUT ME INTO A CELL WITHOUT MATTRESS OR BUNK...

4. Defendant LASD resides or works at
(full name of first defendant)

(full address of first defendant)
TTCJ COUNTY JAIL
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
(D) THEY REFUSE ME ANY MEDICAL ATION

5. Defendant LASD resides or works at
(full name of first defendant)
LASD
(full address of first defendant)
MCJ COUNTY JAIL
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
(C)(C) THE OFFICER WERE ACTING LIKE A CRIMINAL STREET gang Also DIDN'T FOllow THE OATH THey PROMISE To Follow

CLAIMS "PAGE 1" CLAIMS"

D.... THIS IS A (S1933) ACTION FILES BY PLANNER #CASE: (2) A STATE PRISONER ALLEGING VIOLATION OF HIS CONSTITUTIONAL RIGHTS, TO RECIEVE MEDICAL CARE & SEEKING IN JUSTICE RELIEF PUNITIVE & MONEY DAMAGE PLED HAVE ALSO SEEKS AN INJUSTION & DAMAGE PLANTER SEEKS AN INJUSTION & DAMAGE PURSUANT TO TO THE MAN USA DISABILITES ACT: & REHABILITATION RENOSTATION TO THE AMENESS ACT: JURESDICTION.. JURISDICTION OF THIS IS A CIVIL ACTION ANSURING UNDER (S)1331.. IN THAT, THIS IS A CIVIL, JURESDICTION OF THE [illegible] COURT IS INVEHIS UNDER THE ACTION: SEEKING TO REDUCE THE UNDER THE COLOR OF STATE LAWYER OF MY RIGHTS, SECOND BY ACTS: OF JURISDICTION OF THE COLOR OF STATE LAW OF RIGHTS, SECOND THE DISPERSON BY ACT: THE UNITE, STATES, COLOR IS INCLARE (28). USE ACT: OF CONGRESS BROODAY FOR EQUIL, (28) & SC1331. IN THAT THIS IS A CIVIL (28) COUNT: THAT THE ACT: OF CONGRESS, PROVIDER FOR EQURE RIGHTS, SECOND HAOS WITH (28) USE (34.3(O).(B) IN THAT THIS FOR SQUAT, RIGHTS, OF PERSONS PLONTIEF BY, RIGHTS, OF A PERSON WITH JURSRIS OF THE UNITE STATE.. * PARTY PLANNER * (7) LAST AT ALL TIMES RELEVANT WAS CONFINED BY, LOS ANGELES, COUNTY AT MENS CENTROL JAIL. LOS ANGELES, CALIFORNIA... DEFENDANT (PRISON) MEDICAL PROCLAMER!

Supporting

ANY MEDICAL ACTION THERE TRANSPORT ME BACK TO MEN CENTRAL JAIL

(c) In RETURN BACK TO THE COUNTY JAIL THEY EXCORTED ME TO 251/252 TWIN TOWERS (2) FLOOR WERE THEY PUT ME IN (CELL) WITHOUT A MATTRESS & NO BLANKET, FOR A COUPLE OF DAYS.

FEBURY & MARCH

(1). I WAS ON FLOOR 251 - 252 TWIN - TOWERS I WAS BLEEDING OUT MY ANAL FOR FIVE DAYS. I ASKED THE OFFICER TO SEE MEDICAL I EVEN SHOWED THEM THE BLOOD WHEN I GOT TO MEDICAL. THE TO THE NURSE NURSE STAFF NOT SEND ME OUT.

*MARCH*

(2) I NEED MEDICAL ACTION AGAIN WERE I HAD MY HAND ON THERE TRAY - SLOT. THE OFFICER. PUT A SHIELD BLOCKER TWO DOOR & CHAINING THE SHIELD. THEY LEFT IT LIKE THAT FOR A WEEK. EVERY TIME IT WAS CHOW TIME MADE LAY - DOWN "NAKED" ON MY STOMIC WHILE THEY PUT MY FOOD ON THE FLOOR. I HAD HUMAN HAIR & ROCKS IN IN MY FOOD. I COULDN'T EAT IT BECAUSE OF THAT, I STARVED FOR A WEEK!!

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

VIOLATION OF (8)TH U.S.C. CRUEL & UNUSUAL PUNISHMENT DELIBERATE INDIFFERENCE TO MEDICAL NEEDS. DAMAGES TO MY BODY.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(A) ON OR AROUND JAN, 2, 2025. 5.30 AM I WAS ON 300 FLOOR ON BAKER ROLL (CELL) OR CELL-14 I TOLD THE OFFICER OR I CAN'T BREATH & I NEED MEDICAL ACTION. THE OFFICER, WHICH THE OFFICER REFUSE AT TIME THEY DIDN'T TAKE ME OUT OF MY (CELL) UNTIL 11.30 AM.

WHEN THEY TOOK MEDICAL THE NURSE CALLED I 911 CALL THE SERGENT MEDICAL OFFICER TO TAKE THE VAN WHICH TO OFFICER CHOOSE TO PUT ME IN A ROOM WERE I COULDN'T BREATH. THE OFFICER TO ME OUT HE CUFF ME TO BENCH FOR 30 MIN.

(B) WHEN I GOT TO THE OUTSIDE HOSPITAL LOCAL HOSPITAL & WHEN I GOT THERE THE LASD OFFICER

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I AM SUEING FOR $30 MILLION DOLLARS FOR THE MOST & FOR BODY DO MESSING MENTAL HEALTH IS WROSE THAT IT IS I'VE BEEN IN HAVEING NIGHT MEDS BACK FLASHE

[illegible]

[illegible]

7-18-25
(Date)

Gabrel Simmons
(Signature of Plaintiff)

STATE of CALIFORNIA

OIG | OFFICE of the INSPECTOR GENERAL

Amarik K. Singh, Inspect
Shaun Spillane, Chief Deputy Inspecto

Independent Prison Oversight

Regional Offices:
Sacramento
Bakersfield
Rancho
Cucamonga

May 01, 2025

Gabriel Simmons, BZ7840
California Health Care Facility
P.O. Box 213040
Stockton, CA 95213

Dear Gabriel Simmons,

The Office of the Inspector General (OIG) received your correspondence.

The OIG is an independent State of California government agency established by law. Our primary responsibility is the independent oversight of California's adult correctional agencies, including the California Department of Corrections and Rehabilitation (CDCR), the Board of Parole Hearings, and the Prison Industry Authority. The Twin Tower County Jail is not included in our jurisdiction. It is under the jurisdiction of the Los Angeles County Sheriff's Department (LASD).

You may contact the Los Angeles County Office of the Inspector General at: (213) 974-6100 or 500 W. Temple St., Suite 383 Los Angeles, CA 90013.

If you have a complaint related to CDCR, you must first try to resolve your complaint by exhausting your administrative remedies with CDCR. This process begins with filing a CDCR Form 602-1/1824 (Grievance/Reasonable Accommodation Request) with your institution's Office of Grievances (OOG).

Your administrative remedies are exhausted if the OOG response states the time has expired on your claim or the claim was a staff misconduct allegation.

If the OOG response states your claim was denied, granted, redirected, reassigned, rejected, disallowed, or declared to be "no jurisdiction" or a "pending legal matter," you have the right to appeal. If you would like to file an appeal, mail a CDCR Form 602-2 (Appeal) to the Office of Appeals at CDCR Headquarters within 60 days, explaining why you were dissatisfied with their response.

If your claim was granted but the corresponding remedy was not implemented within 30 days

Gavin Newsom, Governor

10111 Old Placerville Road, Suite 110
Sacramento, California 95827
Telephone (from CDCR Phone or Tablet): *7732#
Telephone (Public): 1-800-700-5952
www.oig.ca.gov


State of California

# INMATE REQUEST FOR INTERVIEW

Department of Corrections

GA-22 (9/92)

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8-10-25 | Mail Room | Simmons | B32840 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | ASSIGNMENT HOURS FROM TO |
|---|---|---|---|
| B5 107 | Low | | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence

I want like my out going mail march to August

Do NOT write below this line. If more space is required write on the back.

| INTERVIEWED BY | [illegible] | DATE | 8/11/25 |
|---|---|---|---|
| DISPOSITION | You do not have a legal log on file | | |

Cut on this line

State of California
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

Department of Corrections

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 7-11-25 | Mail Room | Simmons | B27840 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | ASSIGNMENT HOURS FROM TO |
|---|---|---|---|
| B3 | 107 | | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like a copy of a copy of my incoming and out going legal mail from Stockton state prison date March, march through May 30-2025 thank you.

Do NOT write below this line. If more space is required write on the back.

INTERVIEWED BY K. Carle DATE 8/14/25

DISPOSITION CSP Sacramento can only print out 119 legal mail card for legal mail incoming and outgoing to and from CSP-SAC. You will have to send a form 22 to Stockton prison

State of California

# INMATE REQUEST FOR INTERVIEW

Department of Corrections

GA-22 (9/92)

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8-10-25 | Mail Room | Simmons | 32-7840 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | ASSIGNMENT HOURS FROM TO |
|---|---|---|---|
| B5 107 | Low | | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence

I want like my out going mail March to August

Do NOT write below this line. If more space is required write on the back.

INTERVIEWED BY: K Calle DATE 8/11/25

DISPOSITION: You do not have a legal log on file

Cut on this line

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Simmons G, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CSP Sacramento
PO Box 290001 135 1/2 Col
Represa CA 95671

On, 8-26-25, I served the following documents:

Central District of California

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Southern Division Ronald Reagan Federal Building and Courthouse 411 W. 4th St 1053 Santa Ana 92701

2.

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 4 day of 26, 25, at California State Prison - Sacramento, Represa, California.

(Signature) [signature]

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, GABRIEL J. SIMMONS, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CSP SACRAMENTO
P/O BOX - 290001
REPRESSA, CALIF.
95671

On, AUGUST, 21, I served the following documents:

HABEAS, CORPUS

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. P/O BOX-290001
REPRESSA, CALIF.
95671

2. Torrance Court House
825 Maple Avenue
Torrance CA 90503

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 21 day of AUGUST, 2025, at California State Prison - Sacramento, Represa, California.

(Signature) GABRIEL, J. SIMMONS

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Simmons Gabriel, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

~~[illegible]~~ CSP Sacramento
PO Box 290001 B5 112 Low
Represa CA 95671

9-27-25

On, ~~[illegible]~~, I served the following documents:

United States District court
central District of California

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Eastern Division
George Brown JR
federal Building &
Courthouse 470 Twelfth
St Riverside CA 92301

2.

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 9 day of 27-25, 25, at California State Prison - Sacramento, Represa, California.

(Signature) [signature]

Gabriel Simmons BZ7840
CSP Sacramento
PO Box 290001 B5 112 Low
Represa CA 95671
Prison Generated Mail
CSP SACRAMENTO
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 95671 $ 002.44⁰
02 7W
0008042019 SEP 02 2025
RECEIVED
SEP 02 2025
By
RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 5 2025
DISTRICT OF CALIFORNIA
BY DEPUTY
Intake
Eastern Division/George E Brown JR federal Building
470 Twelfth st Riverside CA 92501
Legal Mail
INDIGENT MAIL

ABUNDES 8/27/25

Gabriel Simmons B27840
CSP Sacramento
PO Box 290001 B1-112 Low
Represa CA 95671

Prison Generated Mail
CSP SACRAMENTO

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 95671 $ 002.44⁰
02 7W
0008042019 SEP. 02 2025

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 8 2025

Intake.

RECEIVED
SEP 02 2025
By

Eastern Division / George E Brown JR Federal Building & Court House
3470 Twelfth St Riverside CA 92501

ABUNDEZ 101645 8/27/25